IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EFRAIN VIVEROS**  PETITIONER

V.  CASE NO. 5:10CV00262 JMM

**RAY HOBBS, DIRECTOR,**
**ARKANSAS DEPARTMENT OF CORRECTION**  RESPONDENT

### ORDER

Based upon the letter received by the Court on September 12, 2011, the Clerk of the Court is directed to mail a copy of the Magistrate Judge's August 22, 2011 Recommended Disposition to the Petitioner.

Petitioner shall have up to, and including, September 28, 2011 to file his objections with the Court.

IT IS SO ORDERED THIS  13  day of  September , 2011.

_____
James M. Moody
United States District Judge