# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**EFRAIN VIVEROS**                                                                              **PETITIONER**
**ADC #134814**

**VS.**            **CASE NO.: 5:10CV00262 JMM/BD**

**RAY HOBBS, Director,**                                                                        **RESPONDENT**
**Arkansas Department of Correction**


## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby granted in favor of Respondent Ray Hobbs. Efrain Viveros's 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed, with prejudice.

IT IS SO ORDERED this   29   day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE